```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KYLE JIGGETS,  :  09 Civ. 7243 (SHS)

        Plaintiff,

   -against-  :  ORDER

ALLIED INTERNATIONAL UNION, *ET AL.*,

        Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On February 24, 2010, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation recommending that defendants' motions to dismiss the complaint be granted and this case be dismissed. On April 19, 2010, this Court adopted the Report and Recommendation and on April 20, 2010 a judgment was issued by the Clerk of Court terminating this case.

    On April 9, 2010, plaintiff filed a motion to amend his complaint, after the Report and Recommendation to dismiss his case had been issued. On May 14, 2010, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation recommending that plaintiff's motion to amend the complaint be denied. Objections to the Report and Recommendation were due on June 1, 2010. On June 5, 2010, the Court received what it construes to be plaintiff's objections to the May 14, 2010 Report and Recommendation.

    After a *de novo* review of the Report and Recommendation dated May 14, 2010, as well as plaintiff's objections dated June 5, 2010,

IT IS HEREBY ORDERED that Magistrate Judge Ellis' May 14, 2010 Report and Recommendation is adopted and plaintiff's April 9, 2010 motion to amend the complaint is denied.

Dated: New York, New York
June 10, 2010

SO ORDERED:

Sidney H. Stein, U.S.D.J.